[No. 7938–1–II.   Division Two.   September 5, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
SUZANNE HAVILL, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 83–1–00047–3, James D. Roper, J., entered June 18, 1984. *Affirmed* by unpublished opinion per Harris, J. Pro Tem., concurred in by Hallowell and Pearson, JJ. Pro Tem.

[No. 16107–5–I.   Division One.   September 8, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. KEITH
A. VADNAIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–00873–5, Frank H. Roberts, Jr., J., entered February 7, 1985. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Coleman and Grosse, JJ.

[No. 15137–1–I.   Division One.   September 8, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
CARLSON LANKESTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–03285–3, Herbert M. Stephens, J., entered June 4, 1984. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ringold, A.C.J., and Pekelis, J.

[No. 17044–9–I.   Division One.   September 8, 1986.]

KING COUNTY, *Respondent,* v. WILLIAM A. LOONEY,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–10773–3, Anthony P. Wartnik, J., entered August 5, 1985. *Reversed* by unpublished per curiam opinion.